## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**PATRICIA GARRIGA**                                                                                    **PLAINTIFF**

**v.**                                                                        **Civil No. 1:23-cv-330-HSO-BWR**

**CANOPIUS US INSURANCE, INC.**                                                      **DEFENDANT**

---

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

---

CAME ON this day for hearing the joint *ore tenus* motion of Plaintiff, Patricia Garriga, through counsel, who moves this Court to dismiss all claims against the Defendant, Canopius US Insurance, Inc., in the above referenced civil action in their entirety, with prejudice.   The Court, having considered the motion, noting the agreement of the parties and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-referenced civil action filed by Plaintiff, Patricia Garriga, against the Defendant, Canopius US Insurance, Inc., shall be and hereby is dismissed in its entirety, with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that, the Plaintiff, Patricia Garriga, and the Defendant, Canopius US Insurance, Inc., shall be responsible for the payment of their own respective attorneys' fees, expenses and costs in this civil action.

**SO ORDERED AND ADJUDGED**, this the 25th day of September, 2024.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

AGREED TO:

Jason C Webster
Jason C. Webster, Esq. (MSB #100920)
Webster Vicknair Macleod
*Counsel for Plaintiff, Patricia Garriga*

M. Garner Berry
M. Garner Berry, Esq. (MSB #100968)
CHARTWELL LAW
*Counsel for Defendant, Canopius Us Insurance, Inc.*